# NO. 12-21-00132-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *PROGRESSIVE ADVANCED INSURANCE COMPANY,* **APPELLANT** | § | *APPEAL FROM THE 354TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *CHARLES TURNER D/B/A SERVICE MARINE AND THOMAS AND TURNER, INC.,* **APPELLEES** | § | *RAINS COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On August 12, 2021, the Clerk of this Court notified Appellant, Progressive Advanced Insurance Company, that the filing fee in this appeal is due. Appellant was informed that failure to remit the filing fee on or before August 23, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The

1

date for remitting the filing fee passed, and Appellant has not responded to this Court's notice in writing, paid the filing fee, or otherwise shown that it is excused from paying the fee.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***.[1] *See* TEX. R. APP. P. 42.3(c).

Opinion delivered August 25, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] We also note that Appellant has not filed the required docketing statement.  *See* TEX. R. APP. P. 32.1.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 25, 2021**

**NO. 12-21-00132-CV**

**PROGRESSIVE ADVANCED INSURANCE COMPANY,**
Appellant
V.
**CHARLES TURNER D/B/A SERVICE MARINE
AND THOMAS AND TURNER, INC.,**
Appellees

Appeal from the 354th District Court
of Rains County, Texas (Tr.Ct.No. 10659)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*